## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

IN RE:   VERNON J DSOUZA                                      CASE NO: 08-14768
                                                              CHAPTER 13

         DEBTORS(S)                                           JUDGE:  JANET S BAER

                                                              NOTICE OF FINAL CURE PAYMENT

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Tom Vaughn, files this Notice of Final Cure Payment. The amount required to cure the default in the claims listed below has been paid in full.

**Name of Creditor:**   BAC HOME LOANS SERVICING LP

------------------------------------------------------------------------

**Final Cure Amount**

| Court Claim # | Account # | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 0004 | 6962 2435 WASHBURNE | $ 33,166.94 | $ 33,166.94 | $ 33,166.94 |

Total Amount Paid the Trustee                                                    $   33,166.94

------------------------------------------------------------------------

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

__  Through the Chapter 13 Conduit                           X   Direct by the Debtor(s)

------------------------------------------------------------------------

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the debtor(s), debtor(s)' Counsel and the Chapter 13 Trustee, pursuant to Fed. R. Bank.P.3002.1(g), indicating 1) whether it agrees that the debtor(s) have paid in full the amount required to cure the default on the claim and 2) whether the debtor(s) are otherwise current on all payments consistent with 11 U.S.C § 1322(b)(S)

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

Case No:08-14768

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the court on this the 10th day of   October, 2012.

Debtor(s)

VERNON J DSOUZA
2435 W WASHBURNE AVE
CHICAGO IL 60608-1007

Debtors Attorney

CHAD M HAYWARD
343 W ERIE ST # 230
CHICAGO IL 606104086

Addtional Creditors

BAC HOME LOAN SERVICING LP
2380 PERFORMANCE DR
MAIL STOP TX2-984-05-03
RICHARDSON TX 75082

Mortgage Arrearage Creditor

BAC HOME LOANS SERVICING LP
7105 CORPORATE DR
MS TX2-982-0303
PLANO TX 75024

Electronic Service US Trustee

Date: October 10, 2012                    /s/ Tom Vaughn

                                          Tom Vaughn, Chapter 13 Trustee
                                          Chapter 13 Trustee
                                          55 East Monroe Street, Suite 3850
                                          Chicago, Ill   60603